

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-11-00304-CV

Bradley L. **CROFT**,
Appellant

v.

**AMS SA MANAGEMENT, LLC**, dba Association Management Services,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-15857
Honorable Peter A. Sakai, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  September 9, 2015

APPEAL DISMISSED

This is an appeal of a trial court's order imposing sanctions against Bradley Croft. By order dated January 7, 2013, this appeal was abated based on an automatic stay arising from a bankruptcy petition filed by Croft. On August 5, 2015, appellee AMS SA Management, LLC d/b/a Association Management Services filed a motion to dismiss this appeal, asserting it had purchased all of Croft's rights in this appeal. Attached to the appellee's motion was a bankruptcy order approving the sale of Croft's rights in this appeal to "Clifton L. Lowry, on behalf of Lowry Creditors," not to AMS SA Management, LLC.

Because the bankruptcy court's order conveyed Croft's appellate rights, Croft's appeal was no longer subject to the bankruptcy court's automatic stay. Therefore, on August 10, 2015, this court issued an order reinstating this appeal on the docket of this court. In that same order, however, we ordered that appellee AMS SA Management, LLC's motion to dismiss be held in abeyance to allow AMS SA Management, LLC the opportunity to provide this court with proof that it purchased all of Croft's rights in this appeal and to show it has authority to move to dismiss Croft's appeal.

On August 20, 2015, Clifton L. Lowry filed a Motion for Substitution of Party and to Dismiss Appeal. Attached to the motion is the bankruptcy trustee's Report of Sale of Personal Property to Clifton L. Lowry.

We grant the motion. Clifton L. Lowry is substituted for Bradley Croft as appellant in this appeal. TEX. R. APP. P. 7.1(b). The appeal is dismissed. TEX. R. APP. P. 42.1(A).

PER CURIAM